UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LION RE: SOURCES INC.,<br><br>                Plaintiff(s),<br>  v.<br><br>MARKET HOLDINGS COMPANY LLC,<br><br>                Defendant(s). | CASE NO. C25-1186-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS |

This matter came before the Court on the Parties' Stipulated Motion to Extend Deadline to File Amended Pleadings (the "Motion"). Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline requested, as follows:

1. The deadline for the Parties to file amended pleading is extended from October 14, 2025, to October 31, 2025.

Dated this 14th day of October, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS - 1