The Honorable Kymberly K. Evanson

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

LION RE: SOURCES, INC.,

9

Plaintiff,

10

v.

11

MARKET HOLDINGS COMPANY LLC,

12

Defendant.

Case No. 2:25-cv-01186-KKE

**ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND
DEADLINE TO FILE AMENDED
PLEADINGS**

**NOTE ON MOTION CALENDAR:**
October 30, 2025

13

14      This matter came before the Court on the Parties' Stipulated Motion to Further Extend

15  Deadline to File Amended Pleadings (the "Motion"). Having reviewed the Motion, the Court finds

16  good cause to grant the extension of the deadline requested, as follows:

17      1.      The deadline for the Parties to file amended pleading is further extended from

18  October 31, 2025, to November 24, 2025.

19      IT IS SO ORDERED.

20      DATED this 31st day of October, 2025.

21

22

23      Kymberly K. Evanson
        United States District Judge

24

25

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINE TO FILE
AMENDED PLEADINGS – 1
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2  Presented by:

3

4  ROSENBERG & ESTIS, P.C.

5  *s/ Michael A. Pensabene (with permission)*
   Michael A. Pensabene (*admitted pro hac vice*)
6  Joseph J. Kammerman (*admitted pro hac vice*)
   733 Third Avenue, 14th Floor
7  New York, New York 10017
   Ph: (212) 867-6000
8  mpensabene@rosenbergestis.com
   jkammerman@rosenbergestis.com

9

10  CORR CRONIN LLP

11  *s/ Kathryn Joy*
    Kelly H. Sheridan, WSBA No. 44746
12  Kathryn Joy, WSBA No. 60056
    1015 Second Avenue, Floor 10
13  Seattle, Washington 98104-1001
    Ph: (206) 625-8600 | Fax (206) 625-0900
14  ksheridan@corrcronin.com
    kjoy@corrcronin.com

15  *Attorneys for Plaintiff*

16

17

18  HOLMQUIST + GARDINER PLLC

19  *s/ Robert D. Maxwell (with permission)*
    Robert D. Maxwell, WSBA No. 46636
20  1000 Second Ave, Suite 1770
    Seattle, WA 98104
21  Tel: (206) 438-9083
    rob@lawhg.net

22

23  *Attorneys for Defendant*

24

25

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINE TO FILE
AMENDED PLEADINGS – 2
(Case No. 2:25-cv-01186-KKE)