The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LION RE: SOURCES, INC.,

    Plaintiff,

v.

MARKET HOLDINGS COMPANY LLC,

    Defendant.

Case No. 2:25-cv-01186-KKE

**ORDER GRANTING STIPULATED MOTION TO FURTHER EXTEND DEADLINE TO FILE AMENDED PLEADINGS**

**NOTE ON MOTION CALENDAR:**
November 21, 2025

This matter came before the Court on the Parties' Stipulated Motion to Further Extend Deadline to File Amended Pleadings (the "Motion"). Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline requested, as follows:

1. The deadline for the Parties to file amended pleading is further extended from November 24, 2025, to December 12, 2025.

IT IS SO ORDERED.

DATED this 24th day of November, 2025.

*/s/ Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINE TO FILE
AMENDED PLEADINGS – 1
(Case No. 2:25-cv-01186-KKE)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

ROSENBERG & ESTIS, P.C.

*s/ Michael A. Pensabene (with permission)*
Michael A. Pensabene (*admitted pro hac vice*)
Joseph J. Kammerman (*admitted pro hac vice*)
733 Third Avenue, 14th Floor
New York, New York 10017
Ph: (212) 867-6000
mpensabene@rosenbergestis.com
jkammerman@rosenbergestis.com


CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax (206) 625-0900
ksheridan@corrcronin.com
kjoy@corrcronin.com

*Attorneys for Plaintiff*


HOLMQUIST + GARDINER PLLC

*s/ Robert D. Maxwell (with permission)*
Robert D. Maxwell, WSBA No. 46636
1000 Second Ave, Suite 1770
Seattle, WA 98104
Tel: (206) 438-9083
rob@lawhg.net

*Attorneys for Defendant*

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINE TO FILE
AMENDED PLEADINGS – 2
(Case No. 2:25-cv-01186-KKE)