The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LION RE: SOURCES, INC.,

    Plaintiff,

v.

MARKET HOLDINGS COMPANY LLC,

    Defendant.

Case No. 2:25-cv-01186-KKE

**ORDER GRANTING STIPULATED MOTION TO FURTHER EXTEND DEADLINES**

**NOTE ON MOTION CALENDAR:
December 10, 2025**

    This matter came before the Court on the Parties' Stipulated Motion to Further Extend Deadline to File Amended Pleadings (the "Motion"). Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline requested, as follows:

    1.    The deadline for the Parties to file amended pleading is further extended from December 12, 2025 to January 12, 2026.

    2.    The deadline for the Parties to disclose expert testimony under FRCP 26(a)(2) is extended from December 15, 2025 to January 15, 2026.

    3.    The deadline to file all motions related to discovery is extended from January 14, 2026 to February 16, 2026.

    4.    The deadline to complete discovery in this action is extended from February 13, 2026 to March 16, 2026.

    In the event this case is not resolved via settlement, further adjustments to the case schedule

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINES – 1
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

will require setting a new trial date.

    IT IS SO ORDERED.

    DATED this 15th day of December 2025.

                             Kymberly K. Evanson
                             United States District Judge

Presented by:

ROSENBERG & ESTIS, P.C.

*s/ Michael A. Pensabene (with permission)*
Michael A. Pensabene (*admitted pro hac vice*)
Joseph J. Kammerman (*admitted pro hac vice*)
733 Third Avenue, 14th Floor
New York, New York 10017
Ph: (212) 867-6000
mpensabene@rosenbergestis.com
jkammerman@rosenbergestis.com

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax (206) 625-0900
ksheridan@corrcronin.com
kjoy@corrcronin.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINES – 2
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 | HOLMQUIST + GARDINER PLLC

2 | *s/ Robert D. Maxwell (with permission)*
Robert D. Maxwell, WSBA No. 46636

3 | 1000 Second Ave, Suite 1770
Seattle, WA 98104

4 | Tel: (206) 438-9083
rob@lawhg.net

5 |

6 | *Attorneys for Defendant*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND DEADLINES – 3
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900