The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LION RE: SOURCES, INC.,

    Plaintiff,

v.

MARKET HOLDINGS COMPANY LLC,

    Defendant.

Case No. 2:25-cv-01186-KKE

**ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**

**NOTE ON MOTION CALENDAR:
January 12, 2026**

    This matter comes before the Court on Plaintiff and Defendant's Stipulated Motion to Dismiss with Prejudice. The Court being fully advised now ORDERS:

    All claims between and among the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to any party.

    DATED this 13th day of January 2026.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO DISMISS ACTION WITH PREJUDICE – 1
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Kathryn Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax (206) 625-0900
ksheridan@corrcronin.com
kjoy@corrcronin.com


ROSENBERG & ESTIS, P.C.

*s/ Michael A. Pensabene (with permission)*
Michael A. Pensabene (*admitted pro hac vice*)
Joseph J. Kammerman (*admitted pro hac vice*)
733 Third Avenue, 14th Floor
New York, New York 10017
Ph: (212) 867-6000
mpensabene@rosenbergestis.com
jkammerman@rosenbergestis.com

*Attorneys for Plaintiff*


HOLMQUIST + GARDINER PLLC

*s/ Robert D. Maxwell (with permission)*
Robert D. Maxwell, WSBA No. 46636
1000 Second Ave, Suite 1770
Seattle, WA 98104
Tel: (206) 438-9083
rob@lawhg.net

*Attorneys for Defendant*

ORDER GRANTING STIPULATED
MOTION TO DISMISS ACTION WITH PREJUDICE – 2
(Case No. 2:25-cv-01186-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900